RYERSON ET AL. *v.* ELDRED ET AL.

*Held,* That he had waived his right to a case made. There being no bill of exceptions, the judgment below was affirmed.

*Heard and decided April 6th.*

Case Made from Macomb Circuit.

It appeared from the record, that after the case was made and filed, the party making it, had sued out a writ of error, and he now brought the case to a hearing on the exceptions appearing in the case made.

*A. C. Baldwin,* for plaintiff in error.

*M. E. Crofoot,* for defendant in error.

---

## Tunis Ryerson et al. v. Samuel D. Eldred et al.

*Writ of assistance, when to issue from Circuit Court.* When a decree was made in this Court, requiring the complainant to deliver up the possession of certain premises, and the cause was remitted to the court below for the purpose of an accounting — *Held,* that the application for a writ of possession must be made in the court below.

*Heard and decided April 6th.*

Appeal from Muskegon Circuit, in Chancery.

Motion for writ of assistance.

In this case, a decree was made at the January term of this court, requiring the complainant to deliver to Samuel D. Eldred the possession of certain real estate which was in controversy, and the cause was remitted to the court below, for the purpose of an accounting between the parties.

Mr. Lothrop now moved, — on papers showing that complainant refused to deliver possession of the premises, — for an order for a writ of assistance.

RYAN *v.* BROWN ET AL.

The Court denied the motion; holding that the cause having been remitted to the court below, the application could only be made in that court.